UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:16-cr-00353-JSM-JSS

PETER B. WILLIAMS

**FACTUAL BASIS**

The United States and Defendant Peter B. Williams ("Williams") agree that the following facts are true and correct, would have been proved beyond a reasonable doubt had this matter proceeded to trial, and are sufficient to support a plea of guilty.

From approximately October 2012 through approximately December 2015, Williams and others knowingly and willfully conspired to execute a scheme and artifice to defraud health care benefit programs as defined in 18 U.S.C. § 24(b), affecting commerce, in violation of 18 U.S.C. § 1349. During and in furtherance of the conspiracy, Williams, a physician licensed in Florida, agreed to and did sign bogus prescriptions for compound medications which prescriptions were fraudulently generated by co-conspirators including Nicholas A. Borgesano, Jr. ("Borgesano"), Matthew N. Sterner ("Sterner"), and others. Williams signed these prescriptions in exchange for illegal kickbacks and bribes that Borgesano and Sterner paid to him. Williams signed these prescriptions even though he did not see the patients for whom he wrote the prescriptions and even though he did

not have a legitimate provider-patient interaction with any of them. Borgesano, Sterner, and Williams agreed that Williams would sign these bogus prescriptions in order to conceal the fraud scheme and give the appearance that prescriptions for compound medications were properly prescribed when, in truth, they were not. Co-conspirators including Borgesano and others caused A to Z Pharmacy, Havana Pharmacy, Metropolitan Pharmacy, and Medplus Pharmacy a/k/a New Life Pharmacy to submit false and fraudulent reimbursement claims to health insurance benefit programs seeking reimbursement for compound medications based on these bogus prescriptions that Williams signed. The claims submitted through these pharmacies based on prescriptions identifying Williams as the prescribing physician sought reimbursement in an amount between $1,500,000 and $3,500,000. These pharmacies were located in, and/or had purported business operations in, the Middle District of Florida.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crime charged.

By: ______________________
Peter B. Williams
Defendant

By: Bryant R. Camareno
Bryant Camareno, Esq.
Counsel for the Defendant

Respectfully submitted,
A. LEE BENTLEY, III
United States Attorney

By: ______________________
Christopher J. Hunter
Senior Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record via transmission of Notice(s) of Electronic Filing.

______________________
Christopher J. Hunter