UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. MDFL CASE NO. 8:16-cr-00353-JSM-JSS
SDNY CASE NO. 1:16-cr-00522-RJS

BRADLEY SIRKIN

**FACTUAL BASIS**

The United States and Defendant Bradley Sirkin ("Sirkin") agree that the following facts are true and correct, would have been proved beyond a reasonable doubt had this matter proceeded to trial, and are sufficient to support a plea of guilty.

Between approximately October 2012 and December 2015, Sirkin and others knowingly and willfully conspired and agreed to execute a scheme and artifice to defraud health care benefit programs as defined in 18 U.S.C. § 24(b), affecting commerce, in violation of 18 U.S.C. § 1349. During and in furtherance of the conspiracy, Sirkin and co-conspirators used shell companies Premier Bio-Tech and N.I.C. Marketing to receive, conceal, and disburse proceeds from a scheme to defraud health benefit programs involving prescription compound medications, and to receive, conceal, and disburse illegal kickbacks and bribes. Sirkin and co-conspirators unlawfully acquired and used, under false pretenses, unique patient identifying information belonging to health care benefit program beneficiaries.

Sirkin and co-conspirators caused this unique patient identifying information to be used to generate prescriptions for compound medications, chiefly pain creams and scar creams, irrespective of medical necessity. These prescriptions ultimately were distributed to other co-conspirators for the purpose of having complicit pharmacies fill the prescriptions and bill health care benefit programs for the prescriptions. Sirkin received approximately $2,552,309 in fraud proceeds into bank accounts for shell companies he and a co-conspirator controlled, based on fraudulently generated prescriptions that were processed through A to Z Pharmacy in the Middle District of Florida and its "front pharmacies" located both in the Middle District of Florida and the Southern District of Florida.

Additionally, from at least 2010 through at least June 2016, in the Southern District of New York and elsewhere, Sirkin and others knowingly and willfully conspired and agreed to try to accomplish an unlawful plan to engage in a pattern of racketeering activity, in violation of 18 U.S.C. § 1962(d). During and in furtherance of the conspiracy, Sirkin specifically intended to personally participate in the enterprise's affairs, knowing that co-conspirators would commit acts of racketeering in furtherance of the conspiracy, such as acts of wire fraud. As part of the conspiracy and in furtherance of it, Sirkin and co-conspirators caused doctors to issue medically unnecessary prescriptions for compound creams in exchange for illegal kickbacks and bribes, which prescriptions were then billed to insurance company payors as part of a scheme to defraud.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crime charged.

By: ______________________
Bradley Sirkin
Defendant

By: ______________________
David Bogenschutz, Esq.
Counsel for the Defendant

Respectfully submitted,
~~A. LEE BENTLEY, III~~ W. STEPHEN MULDROW
Acting United States Attorney

By: ______________________
Christopher J. Hunter
Senior Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section

**CERTIFICATE OF SERVICE**

I hereby certify that on ~~March~~ April 17th, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record via transmission of Notice(s) of Electronic Filing.

______________________
Christopher J. Hunter